Paul P. Friedman, Appellee, v. Dave Beyers, Trading as D. & A. Auto Sales, Appellant.

Gen. No. 44,544.

opinion filed December 27, 1948; released for publication January 11, 1949. Simon Herr, for appellant; Seymour S. Rosenhouse and Morris H. Cohen, for appellee; Seymour S. Rosenhouse, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

John J. Gierash, Appellant, v. Stanley A. Babiarz, Appellee.

Gen. No. 44,556.

opinion filed December 28, 1948; released for publication January 14, 1949. Mitchell Kilanowski, for appellant; David H. Caplow and Leo Wykell, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.